UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL BLEDSOE,<br><br>  Plaintiff,<br><br>  v.<br><br>KATY JACOT, et al.,<br><br>  Defendants. | No. 2:24-cv-00451-DAD-AC (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 6) |

Plaintiff Donnell Bledsoe, proceeding *pro se* and *in forma pauperis*, initiated this civil action on February 12, 2024. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 21, 2024, the assigned magistrate judge screened plaintiff's complaint and issued findings and recommendations recommending that this action be dismissed with prejudice because plaintiff fails to state a claim upon which relief can be granted and he brings claims against immune defendants. (Doc. No. 6 at 7.) In addition, the magistrate judge recommended that this action be dismissed without leave to amend because "[t]he gravamen of the complaint is plaintiff's unhappiness with being evicted, and with the conduct of those he holds responsible for his eviction, none of which presents any conceivable federal question." (*Id.* at 6.) The magistrate judge further explained that the "court is prohibited from interference with ongoing unlawful detainer actions or final state court judgments." (*Id.*) Those findings and recommendations were

served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days of service. (*Id.* at 5.) On May 31, 2024, plaintiff filed objections to the pending findings and recommendations. (Doc. No. 7.)

In his objections, plaintiff does not meaningfully address the analysis in the findings and recommendations. Rather, plaintiff merely reiterates his dissatisfaction with the underlying state court proceedings regarding ownership of the house at issue, and his frustration that one of the witnesses in that action allegedly committed perjury. (*Id.* at 1–19.) Plaintiff's grievances, however, were addressed in the findings and recommendations and were properly found to be irrelevant as to the question of whether plaintiff has stated a cognizable claim for relief in this federal action. For these reasons, plaintiff's objections do not provide any basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on May 21, 2024 (Doc. No. 6) are adopted in full;
2. This action is dismissed with prejudice due to plaintiff's failure to state a cognizable claim for relief; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **June 14, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2